## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

PAIN & SURGERY AMBULATORY
CENTER, P.C., as assignee and authorized
representative of CHRISTINE DENOLA,
CELIA GONZALEZ, IRENE PERCIA,
ROBERT POST, DEIRDRA SCARPULLA,
and SUSAN WILAMOWSKI,

    Plaintiff,

 vs.

CONNECTICUT GENERAL LIFE
INSURANCE COMPANY,

    Defendant.

No. 11-cv-5209 (KSH)(PS)


**ORDER**


This matter having come before the Court on cross-motions for summary judgment brought by defendant Connecticut General Life Insurance Company [D.E. 19] and by plaintiff Pain & Surgery Ambulatory Center, P.C. [D.E. 20]; and the Court having considered the parties' written submissions and having heard oral argument; and for the reasons stated in the opinion filed herewith,

It is on this 30th day of August 2012, hereby,

**ORDERED** that defendant's motion for summary judgment is **granted**; and it is further

**ORDERED** that plaintiff's motion for summary judgment is **denied**; and it is further

**ORDERED** that the Clerk of the Court is directed to close the case.


/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.